IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| KENNETH ALEXANDER, | § § § | |
| Plaintiff, | § § § | CIVIL ACTION NO. 6:17-CV-00379-RWS |
| v. | § § § | |
| TODD A PATRICK, MD/PHD; MATTHEW LAND, PA/FNP; CHRISTUS TRINITY MOTHER FRANCES HOSPITAL, TAMMY WEDEKING, RN; LONILEANN AMADO, LVN; CRYSTAL FLOREY, ADMINISTRATIVE DIRECTOR OF CLAIMS; WOODY WEAVER PHARMACY, JACKIE WEAVER, PHARMACIST; | § § § § § § § § § § § § § | |
| Defendants. | § § | |

## ORDER ADOPTING MEMORANDUM OPINION AND ORDER
## OF UNITED STATES MAGISTRATE JUDGE

The above-entitled and numbered civil action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636. The Memorandum Opinion and Order of the Magistrate Judge (Docket No. 9) has been presented for consideration. The Magistrate Judge recommends granting Plaintiff's Motion to Dismiss (Docket No. 7.) No objections were filed. The Court agrees with the Magistrate Judge that, since Plaintiff has moved to dismiss his case before any defendant has been served, Plaintiff may voluntarily dismiss this action under the Federal Rules. Therefore, the Court **ADOPTS** the Report and Recommendation of the United

States Magistrate Judge as the opinion of this Court, and it is hereby **ORDERED** that Plaintiff's Motion to Dismiss be **GRANTED**.

**So ORDERED and SIGNED this 24th day of October, 2017.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE